IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 15, 2008

Charles R. Fulbruge III
Clerk

No. 07-30774
Conference Calendar

KELVIN LOVE

                              Petitioner-Appellant

v.

J P YOUNG; MICHAEL B MUKASEY; HARLEY G LAPPIN

                              Respondents-Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:07-CV-943

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Kelvin Love, federal prisoner # 09677-035, appeals the dismissal of his 28 U.S.C. § 2241 habeas corpus petition. Love filed the petition to challenge his conviction for possession of cocaine and cocaine base with intent to distribute, for which he is serving a 264-month sentence.

Love advances several claims that attack the validity of his conviction. However, Love does not address the district court's determination that he is not entitled to proceed under § 2241 based on the "savings clause" of 28 U.S.C.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 2255(e).  See Reyes-Requena v. United States, 243 F.3d 893, 904 (5th Cir. 2001). Love has abandoned the issue by failing to brief it.  See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).

The judgment of the district court is AFFIRMED.